UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO: 1:07-cr-00166 |
| v. | ) |
| | ) |
| CHRISTOPHER ROSS LEFEVER | ) |

## ORDER

Before the Court is the Government's motion for an order directing the Federal Bureau of Prisons to turn over a portion of the Defendant's inmate trust account to the Federal Clerk in partial payment of his criminal monetary penalties. (Doc. No. 111). Upon due consideration, and with good cause having been shown, the Government's motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that within thirty days hereof, the Federal Bureau of Prisons is directed to withdraw the balance of Defendant Christopher Ross Lefever's inmate trust account, less $100.00, and remit it to the Federal Clerk in the form of a check bearing case number CR 1:07-166 mailed to U.S. Clerk of Court, P.O. Box 8286, Savannah, Georgia 31412. The Clerk of Court shall then apply these funds as payment towards the criminal monetary obligations of Defendant Christopher Ross Lefever.

This _12th_ day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE