IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 107-166 |
| | * | |
| CHRISTOPHER ROSS LEFEVER | * | |

O R D E R

On March 8, 2024, the Court denied Defendant Christopher Ross Lefever's motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) based upon Amendment 821 to the United States Sentencing Guidelines. The Court explained therein that Amendment 821's reduction of criminal history points for certain offenders was of no consequence to Defendant because as a career offender, his criminal history category is VI – no matter how many criminal history points he has.

At present, Defendant has moved for reconsideration, contending that the reduction in criminal history points matters to his "current custody level and RRC placement date." (Doc. No. 136, at 2.) The Court, however, has no authority under any law or the United States Sentencing Guidelines (including Amendment 821) to represent that this Defendant is anything other than criminal history category VI. That is, the correct application of the Sentencing Guidelines mandates a finding that Defendant is a career offender, and thus criminal history category VI. To say otherwise is a falsity at worst and an advisory opinion at best based upon "what ifs" and "what could have

been." In the simplest terms, Amendment 821 has no application to this Defendant. His motion for reconsideration (doc. no. 136) is therefore **DENIED**.

**ORDER ENTERED** at Augusta, Georgia this 23rd day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE